**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

-vs-                                                                              Case No.  8:05-cr-460-T-30MSS

**EUGENIO MARRERO**
_____/

**REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the psychiatric evaluation of Defendant, Eugenio Marrero conducted by Dr. Michael P. Gamache, finding Defendant presently competent to stand trial.  On January 1, 2006, in response to Defendant's counsel's Unopposed Motion for Mental Health Examination (Dkt. 13), the Undersigned ordered that Defendant undergo a competency evaluation to determine whether he is sufficiently competent to assist in his case (Dkt. 15).

Dr. Gamache evaluated Defendant and issued an opinion finding that Defendant meets the criteria for competency such that Defendant is presently able to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

On February 7, 2006, the Undersigned reviewed Dr. Gamache's findings.  Neither party objected to Dr. Gamache's findings.  The Undersigned, therefore, finds that Defendant is presently able to answer the charges against him.

Upon consideration, and being otherwise fully advised, the Undersigned **REPORTS and RECOMMENDS** that the Court find Defendant is presently competent to understand the nature of

the pending charges and to assist in the proceedings against him.

    Respectfully recommended in Tampa, Florida on this 7th day of February 2006.

> /s/ MARY S. SCRIVEN
> United States Magistrate Judge

Copies furnished to:

Presiding District Judge
Counsel of Record

## NOTICE

    Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B), Rule 6.02 Middle District of Florida Local Rules.